# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARK T. STINSON, SR.**                                                                                                         **PLAINTIFF**

v.                                                  **Case No. 2:22-CV-00219-LPR**

**OFFICER K. CAULEY, et al.**                                                                        **DEFENDANTS**

## ORDER

The Court has received the Findings and Recommendation (FR) from Magistrate Judge Patricia S. Harris. The Court has also received timely objections from Mr. Stinson. After a careful review of Mr. Stinson's objections, and a *de novo* review of the FR and the record, the Court concludes that the FR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Complaint filed by Mr. Stinson is DISMISSED with prejudice.[1] Mr. Stinson's Motion for Summons is DENIED.[2] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.[3]

IT IS SO ORDERED this 6th day of April 2023.

/s/ Lee P. Rudofsky
_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Mot. for Summons (Doc. 14).

[3] Mr. Stinson's Motion to Amend (Doc. 49) is DENIED. For all the reasons discussed above and in the FR, the proposed amendment is futile.