# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MARK T. STINSON, SR.**                                                                             **PLAINTIFF**

**v.**                      **Case No. 2:22-CV-00219-LPR**

**OFFICER K. CAULEY, et al.**                                                      **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order entered this day, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Stinson's Complaint is DISMISSED with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE